UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON DOUGLAS BARKER,<br><br>        Petitioner,<br><br>  v.<br><br>K. MENDOZA-POWERS, Warden,<br><br>        Respondent. | 1:07-CV-00024-AWI-WMW-HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   February 16, 2007**          **/s/  William M. Wunderlich**
bl0dc4                                              UNITED STATES MAGISTRATE JUDGE